CENTRAL RAILROAD COMPANY OF NEW JERSEY, PLAINT-
IFF IN ERROR, v. BOARD OF EQUALIZATION OF
TAXES, DEFENDANT IN ERROR.

Submitted June Term, 1907—Decided November 18, 1907.

On error to the Supreme Court, whose opinion is reported
in 45 *Vroom* 1.

For the plaintiff in error, *George Holmes.*

For the defendant in error, *Robert H. McCarter,* attorney-
general.

PER CURIAM.

The constitutionality of the act of 1905 (*Pamph. L., p.* 189)
has been recently affirmed by this court (*Bergen and Dundee
Railroad Co.* v. *State Board of Assessors,* 45 *Vroom* 742),
and needs no further discussion.

The Supreme Court, in the present case, held that the
plaintiff in error was not entitled to the relief sought by
reason of the way in which the facts were presented to the state
board of equalization, but sustained the power of that board
under the statute creating it (*Pamph. L.* 1905, *p.* 123) to act
upon a proper presentation of the facts. Since that decision
this court has decided that the state board has not the power
claimed for it. *Jersey City* v. *Board of Equalization,* 45
*Vroom* 753.

The necessary result is the affirmance of the judgment in the
present case, and it is unnecessary to consider the question
whether the state board of equalization has jurisdiction in
cases of this character. The Supreme Court has recently de-
cided adversely to this jurisdiction. *Tuckerton Railroad Co.*
v. *State Board of Assessors, ante p.* 157.

The judgment is affirmed, with costs.

*For affirmance*—MAGIE, CHANCELLOR, GARRISON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.   13.

*For reversal*—None.